UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHEKEYLA WAITE,

      Plaintiff,

v.

WOODWARD HILLS
NURSING CENTER,

      Defendant.
_____/

Case No. 4:16-cv-10021
Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

## ORDER DENYING AS MOOT
## PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS (DE 14)

Judge Parker has referred this case to me for a settlement conference (DEs 9, 10) and for hearing and determination on Plaintiff's July 15, 2016 motion to compel depositions (DEs 14, 15, 17). On July 28, 2016, I conducted a telephonic status conference with counsel. (DE 16.)

On August 2, 2016, counsel for the parties, as well as Plaintiff herself and a corporate representative of the defendant, appeared for a settlement conference. A settlement having been placed on the record, Plaintiff's July 15, 2016 motion to compel depositions (DE 14) is **DEEMED MOOT** and accordingly **DENIED** on that basis.

    **IT IS SO ORDERED.**

Dated: August 2, 2016

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing documents was sent to parties of record on August 2, 2016, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
